ORIGINAL

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MANI DABIRI
California Bar Number: 241696
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5862
    Facsimile: (213) 894-0141
    E-mail: Mani.Dabiri@usdoj.gov

Attorneys for Plaintiff
United States of America

[FILED stamp: CLERK, U.S. DISTRICT COURT, JUN 16 2008, CENTRAL DISTRICT OF CALIFORNIA, DEPUTY]

[LODGED stamp: 2008 JUL 6 AM 10: 52]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ~~08-1647M~~ 08CR00880 |
| Plaintiff, | [~~PROPOSED~~] ORDER FOR DESIGNATING AND DETAINING MATERIAL WITNESSES WITH $5,000 APPEARANCE BOND SECURED BY THIRD PARTY AFFIDAVIT OF SURETY WITHOUT JUSTIFICATION |
| v. | |
| ARTEMIO JAVIER MARTINEZ-NAVA, and BENAZIO MARROQUIN-MARTINEZ, | |
| Defendants. | |

    FOR GOOD CAUSE SHOWN, and pursuant to 18 U.S.C. § 3144, IT IS HEREBY ORDERED that the following persons are hereby declared to be material witnesses in the above-captioned case:

    1.    Alberto Estrada-Martinez

    2.    Eleazar Estrada-Estrada

    IT IS HEREBY FURTHER ORDERED that these aforementioned material witnesses shall be bound over to the custody of the United States Marshal, Central District of California, or in the

alternative, released under the following conditions to assure their presence at trial:

    (1) the furnishing of a $5,000 appearance bond secured by a third-party affidavit of surety without justification (with approval of the surety by Pretrial Services); and

    (2) Pretrial Services' supervision.

DATED: 7/16/08

_____
HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
MANI DABIRI
Assistant United States Attorney

2